IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                      3:05cr24/LAC
                                                         3:06cv348/LAC/MD

DOROTHY BACKHOFF

---

**O R D E R**

This cause is before the court upon the government's response (doc. 135) to defendant's motion to vacate and set aside or correct sentence pursuant to Title 28, United States Code, Section 2255. Before the court rules on this matter, the defendant shall have the opportunity to file a reply.

Accordingly, it is ORDERED:

Defendant shall have thirty (30) days from the date this order is entered on the docket in which to file a reply to the government's response.

DONE AND ORDERED this 23rd day of October, 2006.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**