**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                    **3:05cr24/LAC**
                                          **3:06cv348/LAC/MD**

**DOROTHY BACKHOFF**

_____

**ORDER**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 20, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and having considered defendant's letter of 5 January 2007 as her objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The motion to vacate, set aside, or correct sentence (doc. 130) is DENIED.

DONE AND ORDERED this 25th day of January, 2007.


s/L. A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**